# United States Bankruptcy Court
## District of Delaware

| | | |
|---|---|---|
| In re: | CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., et al., Debtors[1] | |
| | | Case No.: 24-11442 (MFW) |
| | GEORGE L. MILLER, CHAPTER 7 TRUSTEE, Plaintiff | Chapter: 7 |
| | v. | |
| | WILLIAM J, ROUHANA, JR., AMY L. NEWMARK, CHRISTOPHER MITCHELL, FRED M. COHEN, COSMO DENICOLA, MARTIN POMPADUR, CHRISTINA WEISS LURIE, DIANA WILKIN, VIKRAM SOMAYA, JASON MEIER, AMANDA R. EDWARDS, CHICKEN SOUP FOR THE SOUL PRODUCTIONS, LLC, CHICKEN SOUP FOR THE SOUL, LLC, CHICKEN SOUP FOR THE SOUL HOLDINGS, LLC, Defendants | Adv. Proc. No.: 25-ap-50399 |

**SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> Address of Clerk: 824 Market Street, 3rd Floor
> Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Name and Address of Plaintiff s Attorney
> PACHULSKI STANG ZIEHL & JONES LLP
> Richard M. Pachulski (admitted *pro hac vice*)
> Alan J. Kornfeld (admitted *pro hac vice*)
> Steven W. Golden (DE Bar No. 6807)
> Tavi C. Flanagan (admitted *pro hac vice*)
> 919 N. Market Street, 17th Floor
> P.O. Box 8705
> Wilmington, DE 19899-8705 (Courier 19801)
> Telephone: (302) 652-4100 | Facsimile: (302) 652-4400
> Email: rpachulski@pszjlaw.com
> akornfeld@pszjlaw.com
> sgolden@pszjlaw.com
> tflanagan@pszjlaw.com

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprise, LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | Courtroom No. 4 |
|---|---|
| United States Bankruptcy Court, 5th Floor  824 Market Street  Wilmington, DE 190801 | Date and Time  TBD |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy  
 Court for the District  
  of Delaware**

/s/ Una O'Boyle  
*Clerk of the Bankruptcy Court*

Date: March 12, 2025

## CERTIFICATE OF SERVICE

I, <u>Patricia Jeffries</u>, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint and Notice of Dispute Resolution Alternatives was made on <u>March 13, 2025</u> by:

☒  Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to: See attached service list

☐  Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐  Residence Service: By leaving the process with the following adult at:

☐  Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐  Publication: The defendant was served as follows: [Describe briefly]

☐  State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]                                                                                             (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

<u>March 13, 2025</u>                                             <u>/s/ Patricia Jeffries          </u>
Date                                                                      Signature

> Print Name: Patricia Jeffries
>
> Business Address:
>
>   Pachulski Stang Ziehl & Jones LLP
>   10100 Santa Monica Blvd., 13th Floor
>   Los Angeles, CA 90067

| | | |
|---|---|---|
| Amanda R. Edwards<br>c/o Chicken Soup For The Soul Entertainment, Inc.<br>132 East Putnam Avenue<br>Cos Cob, CT 06807 | Amanda Edwards, Officer<br>Chicken Soup for the Soul Entertainment, Inc.<br>c/o State of Delaware Division of Corporations<br>PO Box 898<br>Dover, DE 19903 | Amy L. Newmark<br>c/o Chicken Soup For The Soul Entertainment, Inc.<br>132 East Putnam Avenue<br>Cos Cob, CT 06807 |
| Amy L. Newmark, Director<br>Chicken Soup for the Soul Entertainment, Inc.<br>c/o State of Delaware Division of Corporations<br>PO Box 898<br>Dover, DE 19903 | Amy L. Newmark<br>*297 Round Hill Rd*<br>*Greenwich, CT 06831-3356* | Chicken Soup For The Soul Holdings, LLC<br>Christopher Mitchell, Manager<br>132 East Putnam Avenue<br>Cos Cob, CT 06807 |
| Chicken Soup For The Soul Holdings, LLC<br>William J. Rouhana, Jr., Manager<br>132 East Putnam Avenue<br>Cos Cob, CT 06807 | Chicken Soup For The Soul Holdings, LLC<br>c/o Connecticut Secretary of State<br>P.O. Box 150470<br>Hartford CT 06115-0470 | Chicken Soup For The Soul Productions, LLC<br>Christopher Mitchell, Manager<br>132 East Putnam Avenue<br>Cos Cob, CT 06807 |
| Chicken Soup For The Soul Productions, LLC<br>William J. Rouhana, Jr., Manager<br>132 East Putnam Avenue<br>Cos Cob, CT 06807 | Chicken Soup For The Soul Productions, LLC<br>c/o Connecticut Secretary of State<br>P.O. Box 150470<br>Hartford CT 06115-0470 | Chicken Soup For The Soul, LLC<br>Christopher Mitchell, Manager<br>132 East Putnam Avenue<br>Cos Cob, CT 06807 |
| Chicken Soup For The Soul, LLC<br>William J. Rouhana, Jr., Manager<br>132 East Putnam Avenue<br>Cos Cob, CT 06807 | Chicken Soup For The Soul, LLC<br>c/o Connecticut Secretary of State<br>P.O. Box 150470<br>Hartford CT 06115-0470 | Christina Weiss Lurie<br>c/o Chicken Soup for the Soul Entertainment, Inc.<br>132 East Putnam Avenue, Floor 2W<br>Cos Cob, CT 06807 |
| Christina Weiss Lurie, Director<br>Chicken Soup for the Soul Entertainment, Inc.<br>c/o State of Delaware Division of Corporations<br>PO Box 898<br>Dover, DE 19903 | Christopher Mitchell<br>c/o Chicken Soup for the Soul Entertainment, Inc.<br>132 East Putnam Avenue, Floor 2W<br>Cos Cob, CT 06807 | Christopher Mitchell, Director and Officer<br>Chicken Soup for the Soul Entertainment, Inc.<br>c/o State of Delaware Division of Corporations<br>PO Box 898<br>Dover, DE 19903 |
| Christopher Mitchell, Manager<br>Chicken Soup For The Soul Holdings, LLC<br>Chicken Soup For The Soul Productions, LLC<br>Chicken Soup For The Soul, LLC<br>c/o Connecticut Secretary of State<br>P.O. Box 150470<br>Hartford CT 06115-0470 | Cosmo DeNicola<br>c/o Chicken Soup for the Soul Entertainment, Inc.<br>132 East Putnam Avenue, Floor 2W<br>Cos Cob, CT 06807 | Cosmo DeNicola, Director<br>Chicken Soup for the Soul Entertainment, Inc.<br>c/o State of Delaware Division of Corporations<br>PO Box 898<br>Dover, DE 19903 |

| | | |
|---|---|---|
| Diana Wilkin<br>c/o Chicken Soup for the Soul Entertainment, Inc.<br>132 East Putnam Avenue, Floor 2W<br>Cos Cob, CT 06807 | Diana Wilkin, Director<br>Chicken Soup for the Soul Entertainment, Inc.<br>c/o State of Delaware Division of Corporations<br>PO Box 898<br>Dover, DE 19903 | Fred M. Cohen<br>c/o Chicken Soup for the Soul Entertainment, Inc.<br>132 East Putnam Avenue, Floor 2W<br>Cos Cob, CT 06807 |
| Fred M. Cohen, Director<br>Chicken Soup for the Soul Entertainment, Inc.<br>c/o State of Delaware Division of Corporations<br>PO Box 898<br>Dover, DE 19903 | Jason Meier<br>c/o Chicken Soup for the Soul Entertainment, Inc.<br>132 East Putnam Avenue, Floor 2W<br>Cos Cob, CT 06807 | Jason Meier, Officer<br>Chicken Soup for the Soul Entertainment, Inc.<br>c/o State of Delaware Division of Corporations<br>PO Box 898<br>Dover, DE 19903 |
| Martin Pompadur<br>c/o Chicken Soup for the Soul Entertainment, Inc.<br>132 East Putnam Avenue, Floor 2W<br>Cos Cob, CT 06807 | Martin Pompadur, Director<br>Chicken Soup for the Soul Entertainment, Inc.<br>c/o State of Delaware Division of Corporations<br>PO Box 898<br>Dover, DE 19903 | Vikram Somaya<br>c/o Chicken Soup for the Soul Entertainment, Inc.<br>132 East Putnam Avenue, Floor 2W<br>Cos Cob, CT 06807 |
| Vikram Somaya, Director<br>Chicken Soup for the Soul Entertainment, Inc.<br>c/o State of Delaware Division of Corporations<br>PO Box 898<br>Dover, DE 19903 | William J. Rouhana, Jr.<br>*297 Round Hill Rd*<br>*Greenwich, CT 06831-3356* | William J. Rouhana, Jr.<br>c/o Chicken Soup for the Soul Entertainment, Inc.<br>132 East Putnam Avenue, Floor 2W<br>Cos Cob, CT 06807 |
| William J. Rouhana, Jr., Director and Officer<br>Chicken Soup for the Soul Entertainment, Inc.<br>c/o State of Delaware Division of Corporations<br>PO Box 898<br>Dover, DE 19903 | William J. Rouhana, Jr., Manager<br>Chicken Soup For The Soul Holdings, LLC<br>Chicken Soup For The Soul Productions, LLC<br>Chicken Soup For The Soul, LLC<br>c/o Connecticut Secretary of State<br>P.O. Box 150470<br>Hartford CT 06115-0470 | William J. Rouhana, Jr.<br>c/o Chicken Soup For The Soul Holdings, LLC<br>Chicken Soup For The Soul Productions, LLC<br>Chicken Soup For The Soul, LLC<br>132 East Putnam Avenue<br>Cos Cob, CT 06807 |