# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC.*, et al.*,[1]<br><br>      Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, CHAPTER 7 TRUSTEE,<br><br>      Plaintiff,<br><br>v.<br><br>WILLIAM J. ROUHANA, JR., AMY L. NEWMARK, CHRISTOPHER MITCHELL, FRED M. COHEN, COSMO DENICOLA, MARTIN POMPADUR, CHRISTINA WEISS LURIE, DIANA WILKIN, VIKRAM SOMAYA, JASON MEIER, AMANDA R. EDWARDS, CHICKEN SOUP FOR THE SOUL PRODUCTIONS, LLC, CHICKEN SOUP FOR THE SOUL, LLC, CHICKEN SOUP FOR THE SOUL HOLDINGS, LLC,<br><br>      Defendants. | Adv. Pro. No. 25-50399 (MFW)<br><br><br><br>**Re: Adv. Pro. Nos. 6, 12, 13, 17 & 18** |

**WILLIAM J. ROUHANA, JR., AMY L. NEWMARK, CHICKEN SOUP FOR THE SOUL PRODUCTIONS, LLC, CHICKEN SOUP FOR THE SOUL, LLC AND CHICKEN SOUP FOR THE SOUL HOLDINGS, LLC'S NOTICE OF COMPLETION OF BRIEFING**

  **PLEASE TAKE NOTICE** that briefing is complete on *William Rouhana, Jr., Amy L. Newmark, Chicken Soup for the Soul Productions, LLC, Chicken Soup for the Soul, LLC and Chicken Soup for the Soul Holdings, LLC's Motion to Extend the Time to Answer or Otherwise Respond to the Complaint* [Adv. Pro. No. 6] (the "Motion").

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

**PLEASE TAKE FURTHER NOTICE** that the following papers have been filed in connection to the Motion.

| TAB | BRIEFING AND OTHER PAPERS | D.I. NO. |
|---|---|---|
| 1. | William Rouhana, Jr., Amy L. Newmark, Chicken Soup for the Soul Productions, LLC, Chicken Soup for the Soul, LLC and Chicken Soup for the Soul Holdings, LLC's Motion to Extend the Time to Answer or Otherwise Respond to the Complaint | 6 |
| 2. | Opposition to Motion to Extend the Time to Answer or Otherwise Respond to the Complaint | 12 |
| 3. | Declaration of Patricia Jefferies in Support of Opposition to Motion to Extend the Time to Answer or Otherwise Respond to the Complaint | 13 |
| 4. | Reply in Support of William Rouhana, Jr., Amy L. Newmark, Chicken Soup for the Soul Productions, LLC, Chicken Soup for the Soul, LLC and Chicken Soup for the Soul Holdings, LLC's Motion to Extend the Time to Answer or Otherwise Respond to the Complaint | 17 |
| 5. | Defendant's William Rouhana, Jr., Amy L. Newmark, Chicken Soup for the Soul Productions, LLC, Chicken Soup for the Soul, LLC and Chicken Soup for the Soul Holdings, LLC's Request for Oral Argument | 18 |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Del. Bankr. L.R. 7007-4, an electronic binder containing copies of this Notice of Completion of Briefing and the papers identified will be delivered to the Chambers of The Honorable Mary F. Walrath .

| | |
|---|---|
| Dated: April 28, 2025<br>Wilmington, Delaware | Womble Bond Dickinson (US) LLP<br><br>*/s/ Donald J. Detweiler*<br>Donald J. Detweiler (DE Bar No. 3087)<br>1313 N. Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile:  (302) 252-4330<br>Email: don.detweiler@wbd-us.com<br><br>-and-<br><br>Cathy A. Hinger<br>(admitted *pro hac vice)*<br>2001 K. Street NW<br>Suite 400 South<br>Washington, D.C. 20006<br>Telephone: (202) 467-6900<br>Facsimile:  (202) 467-6910<br>Email: cathy.hinger@wbd-us.com<br><br>*Counsel for Chicken Soup for the Soul, LLC* |