# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, CHAPTER 7 TRUSTEE,<br><br>Plaintiff.<br>v.<br><br>WILLIAM J. ROUHANA, JR., AMY L. NEWMARK, CHRISTOPHER MITCHELL, FRED M. COHEN, COSMO DENICOLA, MARTIN POMPADUR, CHRISTINA WEISS LURIE, DIANA WILKIN, VIKRAM SOMAYA, JASON MEIER, AMANDA R. EDWARDS, CHICKEN SOUP FOR THE SOUL PRODUCTIONS, LLC, CHICKEN SOUP FOR THE SOUL, LLC, CHICKEN SOUP FOR THE SOUL HOLDINGS, LLC,<br><br>Defendants. | Adversary No. 25-50399 (MFW)<br><br>**Related Adv. Docket No. 21** |

**ORDER APPROVING STIPULATED SCHEDULING ORDER**

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprise, LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

4933-4738-1058.2 57100.00001

Upon the *Certification of Counsel Regarding Order Approving Stipulated Scheduling Order* [Adv. Docket No. 21] (the "Stipulation"),[2] attached hereto as **Exhibit 1**; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that venue of this proceeding and the Stipulation in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having reviewed the Stipulation; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The Defendants shall answer, move or otherwise respond to the Complaint on or before July 11, 2025.

3. Notwithstanding Local Rule 7007-1(a), the Chapter 7 Trustee may file an answering brief in response to Defendants' motion(s) to dismiss the Complaint, if any, no later than August 8, 2025. Defendants shall file and serve reply briefs in support of motions to dismiss the Complaint, if any, no later than August 22, 2025.

4. William J. Rouhana, Jr. and Amy L. Newmark's *Motion to Extend The Time To Answer Or Otherwise Respond To The Complaint* (Adversary Docket No. 6), is hereby resolved pursuant to the Stipulation, and the hearing scheduled for May 14, 2025 is hereby off calendar.

5. This Court shall retain jurisdiction to resolve any and all disputes arising from or related to the Stipulation or this Order.

6. The Stipulation shall become effective immediately upon entry of this Order.

**Dated: May 12th, 2025**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Stipulation.