**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, CHAPTER 7 TRUSTEE<br><br>Plaintiff.<br>v.<br><br>WILLIAM J, ROUHANA, JR., AMY L. NEWMARK, CHRISTOPHER MITCHELL, FRED M. COHEN, COSMO DENICOLA, MARTIN POMPADUR, CHRISTINA WEISS LURIE, DIANA WILKIN, VIKRAM SOMAYA, JASON MEIER, AMANDA R. EDWARDS, CHICKEN SOUP FOR THE SOUL PRODUCTIONS, LLC, CHICKEN SOUP FOR THE SOUL, LLC, CHICKEN SOUP FOR THE SOUL HOLDINGS, LLC,<br><br>Defendants. | Adversary No. 25-50399 (MFW)<br><br>**Re: Adv. D.I. 1** |

**MOTION OF THE INDEPENDENT DIRECTORS**
**TO DISMISS ADVERSARY COMPLAINT**

Pursuant to Rules 8, 9(b) and 12(b)(6) of the Federal Rule of Civil Procedure, made

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprise, LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

applicable to this adversary proceeding by Rules 7008, 7009, and 7012 of the Federal Rules of Bankruptcy Procedure, Defendants Fred M. Cohen, Cosmo DeNicola, Christina Weiss Lurie, Martin Pompadur, Vikram Somaya, and Diana Wilkin (collectively, the "Defendants"), by and through the undersigned counsel, hereby move to dismiss (this "Motion to Dismiss") the *Complaint for (I) Breach of Fiduciary Duty; (II) Aiding and Abetting Breach of Fiduciary Duty; (III) Avoidance of Fraudulent Transfers; (IV) Recovery of Illegal Dividends; (V) Damages for Non-Payment of Employee Wages, Benefits and Payroll Taxes; (VI) Equitable Subordination; and (VII) Disallowance of Claims* [A.D.I. 1] (the "Complaint"). In support of this Motion to Dismiss, the Defendants have contemporaneously filed, and incorporate herein by reference, *The Independent Directors' Opening Brief in Support of Motion to Dismiss Adversary Complaint*. Pursuant to Rule 7008-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, the Defendants do not consent to the entry of a final order or judgment by the Court in this adversary proceeding if it is determined that the Court, absent consent of the parties, cannot enter a final order or judgment consistent with Article III of the United States Constitution.

Dated: July 11, 2025

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (No. 5364)
1201 North Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6864
Facsimile: (302) 421-6813
Email: evan.miller@saul.com

-and-

**HOLLAND & KNIGHT LLP**
Jessica Magee (Admitted *Pro Hac Vice*)
Texas Bar No. 24037757
Steven J. Levitt (Admitted *Pro Hac Vice*)
Texas Bar No. 24092690
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone:  214-964-9500
Jessica.Magee@hklaw.com
Steven.levitt@hklaw.com

*Counsel for Defendant Cosmo DeNicola*

**TROUTMAN PEPPER LOCKE LLP**

*/s/ Christopher B. Chuff*
David M. Fournier (DE No. 2812)
Christopher B. Chuff (DE No. 5729)
Taylor B. Bartholomew (DE No. 6223)
Tori L. Remington (DE No. 6901)
Tyler R. Wilson (DE No. 7129)
1313 N. Market Street, Suite 1000
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
david.fournier@troutman.com
chris.chuff@troutman.com
tori.remington@troutman.com
tyler.wilson@troutman.com

*Counsel for Defendants Fred M. Cohen, Christina Weiss Lurie, Martin Pompadur, and Diana Wilkin*

**THOMAS LAW LLC**
*/s/ Mary S. Thomas*
 Mary S. Thomas (DE Bar No. 5072)
1521 Concord Pike, Suite 301
Wilmington, DE 19803
Telephone: (302) 647-1203
mthomas@marythomaslaw.com

-and-

**LAW OFFICES OF THIRU VIGNARAJAH LLC**
Thiru Vignarajah, Esq.
Ross Ingram, Esq.
211 Wendover Road
Baltimore, MD 21218
Telephone: (410) 456-7552
thiru@thirulaw.com
ross@thirulaw.com

*Counsel for Defendant Vikram Somaya*