# EXHIBIT 10-G

DocuSign Envelope ID: 76D81175-FC16-4D79-A1E0-6CA6595AB09F



**AMENDED AND RESTATED LETTER AGREEMENT**

March 27, 2024

David S. Nagelberg 2003 Revocable Trust
132 Lakeshore Drive, Apt 1118
North Palm Beach FL 33408
Attn: David Nagelberg


Dear David:

This Amended and Restated Letter Agreement (this "Agreement") amends and restates the Letter Agreement dated as of March 27, 2024.  Set forth below are the essential deal terms pursuant to which Screen Media Ventures, LLC ("Screen Media") has agreed to license to David S. Nagelberg 2003 Revocable Trust ("Nagelberg") the following rights.

1.　　<u>Pictures</u>.
　　　The pictures shall be the following motion pictures:
　　　a.　　<u>Come Out Fighting</u>
　　　b.　　<u>Bad Hombres</u>

　　　(individually referred to herein as a "Picture" collectively referred to herein as "Pictures*")*.

2.　　<u>Rights.</u>
　　　Screen Media hereby grants Nagelberg all Subscription Video-On Demand ("SVOD") rights to the Pictures throughout the Territory.

3.　　<u>Reserved Rights</u>
　　　All rights not specifically granted to Nagelberg hereunder are reserved by Screen Media.

4.　　<u>Territory.</u>
　　　the "Territory" shall mean the United States.

5.　　<u>Term.</u>
　　　Commencing immediately and continuing through March 27, 2029.

6.　　<u>License Fee</u>
　　　Upon mutual execution of this Agreement, Nagelberg shall pay Screen Media via wire transfer Eight Hundred Thousand US Dollars ($800,000).

7.　　<u>Representation and Warranties.</u>
　　　Both parties hereto warrant and represent that they each have the right and power to enter

into this Agreement, to grant all rights granted herein, and to perform all of their respective obligations. Either party shall indemnify and hold harmless the other from and against any claims, damages, liabilities, costs and expenses, relating, any breach of any warranty or representation made by the other herein.

8.  Governing Law.
    This Agreement shall be governed and construed exclusively in accordance with the laws of the State of New York applicable to contracts entered into and fully to be performed therein. Each of the parties hereto agree that any proceeding arising out of or relating to this Agreement or the breach or threatened breach of this Agreement shall be commenced and prosecuted exclusively in Federal Court in the State of New York, Southern District.

If the terms set forth above meet with your approval, please so indicate by signing in the space provided below.

Yours truly,

SCREEN MEDIA VENTURES, LLC

DocuSigned by:

*William J. Rouhana, Jr.*
20F6101C226A4EA...

By: William J. Rouhana, Jr.

Date: June 13, 2024

AGREED TO AND ACCEPTED:

**DAVID S. NAGELBERG 2003 REVOCABLE TRUST**

DocuSigned by:

By: *David Nagelberg*
5A1238EAB084479...

Date: June 12, 2024