# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al.*,<br><br>　　　　　　　　Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, CHAPTER 7 TRUSTEE<br><br>　　　　　　　　Plaintiff.<br>　　v.<br><br>WILLIAM J, ROUHANA, JR., AMY L. NEWMARK, CHRISTOPHER MITCHELL, FRED M. COHEN, COSMO DENICOLA, MARTIN POMPADUR, CHRISTINA WEISS LURIE, DIANA WILKIN, VIKRAM SOMAYA, JASON MEIER, AMANDA R. EDWARDS, CHICKEN SOUP FOR THE SOUL PRODUCTIONS, LLC, CHICKEN SOUP FOR THE SOUL, LLC, CHICKEN SOUP FOR THE SOUL HOLDINGS, LLC,<br><br>　　　　　　　　Defendants. | Adversary No. 25-50399 (MFW) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

　　　　Pursuant to Local Rule 9010-1 and the certification below, counsel moves the admission *pro hac vice* of Douglas P. Baumstein, Esquire of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. to represent the above-captioned Defendant Christopher Mitchell in connection with the above-referenced adversary proceeding.

Dated: May 13, 2025　　　　　　　　　　　*/s/ Brett M. McCartney*
　　　　　　　　　　　　　　　　　　　　　Brett M. McCartney (No. 5208)
　　　　　　　　　　　　　　　　　　　　　**BAYARD, P.A.**
　　　　　　　　　　　　　　　　　　　　　600 N. King Street, Suite 400
　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　(302) 655-5000
　　　　　　　　　　　　　　　　　　　　　bmccartney@bayardlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

*/s/ Douglas P. Baumstein*
Douglas P. Baumstein
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
919 Third Avenue
New York, NY 10022
(212) 935-3000
DBaumstein@mintz.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: September 24th, 2025
Wilmington, Delaware

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE