# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, CHAPTER 7 TRUSTEE<br><br>Plaintiff.<br>v.<br><br>WILLIAM J, ROUHANA, JR., AMY L. NEWMARK, CHRISTOPHER MITCHELL, FRED M. COHEN, COSMO DENICOLA, MARTIN POMPADUR, CHRISTINA WEISS LURIE, DIANA WILKIN, VIKRAM SOMAYA, JASON MEIER, AMANDA R. EDWARDS, CHICKEN SOUP FOR THE SOUL PRODUCTIONS, LLC, CHICKEN SOUP FOR THE SOUL, LLC, CHICKEN SOUP FOR THE SOUL HOLDINGS, LLC,<br><br>Defendants. | Adversary No. 25-50399 (MFW)<br><br>**Re: Adv. D.I. 1, 35, 56** |

## INDEPENDENT DIRECTORS' REQUEST FOR ORAL ARGUMENT

Pursuant to Rule 7007-3 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Defendants Fred M. Cohen, Cosmo

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprise, LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

DeNicola, Christina Weiss Lurie, Martin Pompadur, Vikram Somaya, and Diana Wilkin ("Defendants") hereby request oral argument in connection with the *Motion of the Independent Directors to Dismiss Adversary Complaint* [A.D.I. 31] and Defendants' briefs in support of same [A.D.I. 35, 56] (collectively, the "Motion"). The Defendants believe that oral argument on the Motion will be useful to the Court in ruling on the issues presented therein.

Dated: September 26, 2025

| | |
|---|---|
| **SAUL EWING LLP** | **TROUTMAN PEPPER LOCKE LLP** |
| */s/ Evan T. Miller* | */s/ Christopher B. Chuff* |
| Evan T. Miller (No. 5364) | David M. Fournier (DE No. 2812) |
| 1201 North Market Street, Suite 2300 | Christopher B. Chuff (DE No. 5729) |
| Wilmington, DE 19801 | Taylor B. Bartholomew (DE No. 6223) |
| Telephone: (302) 421-6864 | Tori L. Remington (DE No. 6901) |
| Facsimile: (302) 421-6813 | Tyler R. Wilson (DE No. 7129) |
| Email: evan.miller@saul.com | 1313 N. Market Street, Suite 1000 |
| | Wilmington, DE 19899-1709 |
| -and- | Telephone: (302) 777-6500 |
| | Facsimile: (302) 421-8390 |
| **HOLLAND & KNIGHT LLP** | david.fournier@troutman.com |
| Jessica Magee (Admitted *Pro Hac Vice*) | chris.chuff@troutman.com |
| Texas Bar No. 24037757 | tori.remington@troutman.com |
| Steven J. Levitt (Admitted *Pro Hac Vice*) | tyler.wilson@troutman.com |
| Texas Bar No. 24092690 | |
| One Arts Plaza | *Counsel for Defendants Fred M. Cohen,* |
| 1722 Routh Street, Suite 1500 | *Christina Weiss Lurie, Martin Pompadur,* |
| Dallas, Texas 75201 | *and Diana Wilkin* |
| Telephone: 214-964-9500 | |
| Jessica.Magee@hklaw.com | **THOMAS LAW LLC** |
| Steven.levitt@hklaw.com | */s/ Mary S. Thomas* |
| | Mary S. Thomas (DE Bar No. 5072) |
| *Counsel for Defendant Cosmo Denicola* | 1521 Concord Pike, Suite 301 |
| | Wilmington, DE 19803 |
| | Telephone: (302) 647-1203 |
| | mthomas@marythomaslaw.com |
| | |
| | -and- |
| | |
| | **LAW OFFICES OF THIRU VIGNARAJAH LLC** |
| | Thiru Vignarajah, Esq. |
| | Ross Ingram, Esq. |
| | 211 Wendover Road |
| | Baltimore, MD 21218 |
| | Telephone: (410) 456-7552 |
| | thiru@thirulaw.com |
| | ross@thirulaw.com |
| | |
| | *Counsel for Defendant Vikram Somaya* |