## CERTIFICATE OF SERVICE

I, Tori L. Remington, hereby certify that on the 26th day of September, 2025, I caused the foregoing to be served upon the parties set forth on the attached list, in the manner indicated; and all ECF participants registered in this Adversary Proceeding were served electronically on the date of filing through the court's ECF system at their respective email addresses registered with the court.

/s/ *Tori L. Remington*
Tori L. Remington (DE No. 6901)

# SERVICE LIST

| | |
|---|---|
| *(Counsel for George L. Miller, the Chapter 7 Trustee)*<br>Richard M. Pachulski, Alan J. Kornfeld, Steven W. Golden, and Tavi C. Flanagan<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>rpachulski@pszjlaw.com<br>akornfeld@pszjlaw.com<br>sgolden@pszjlaw.com<br>tflanagan@pszjlaw.com | Jane M. Leamy<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>jane.m.leamy@usdoj.gov |
| *(Counsel for William J. Rouhana, Jr., Amy L. Newmark, Chicken Soup for the Soul Productions, LLC, Chicken Soup for the Soul, LLC and Chicken Soup for the Soul Holdings, LLC)*<br>Donald J. Detweiler<br>**WOMBLE BOND DICKINSON (US) LLP**<br>1313 North Market Street<br>Suite 1200<br>Wilmington, DE 19801<br>don.detweiler@wbd-us.com | (*Counsel for William J. Rouhana, Jr., Amy L. Newmark, Chicken Soup for the Soul Productions, LLC, Chicken Soup for the Soul, LLC and Chicken Soup for the Soul Holdings, LLC)*<br>Cathy A. Hinger<br>**WOMBLE BOND DICKINSON (US) LLP**<br>2001 K. Street NW<br>Suite 400 South<br>Washington, D.C. 20006<br>cathy.hinger@wbd-us.com |
| *(Counsel for Christopher Mitchell)*<br>Brett McCartney, Elizabeth Powers, and Mutaz A. Ali<br>**BAYARD, P.A.**<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>bmccartney@bayardlaw.com<br>epowers@bayardlaw.com<br>mali@bayardlaw.com | *(Counsel for Christopher Mitchell)*<br>Douglas P. Baumstein, Andrew J. Bernstein, Kaitlin R Walsh, and Lekë Badivuku,<br>**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**<br>919 Third Avenue<br>New York, NY 10022<br>DBaumstein@mintz.com<br>AJBerstein@mintz.com<br>krwalsh@mintz.com<br>LBadivuku@mintz.com |
| *(Counsel for Vikram Somaya)*<br>Thiru Vignarajah and Ross Ingram<br>**LAW OFFICES OF THIRU VIGNARAJAH LLC**<br>211 Wendover Road<br>Baltimore, MD 21218<br>thiru@thirulaw.com<br>ross@thirulaw.com | *(Counsel for Vikram Somaya)*<br>Mary S. Thomas<br>**THOMAS LAW LLC**<br>1521 Concord Pike, Suite 301<br>Wilmington, DE 19803<br>mthomas@marythomaslaw.com |

*(Counsel for Cosmo DeNicola)*
Evan T. Miller
**SAUL EWING LLP**
1201 N. Market Street, Suite 2300
P. O. Box 1266
Wilmington, DE 19899
evan.miller@saul.com

*(Counsel for Cosmo DeNicola)*
Steven J. Levitt and Jessica B. Magee
**HOLLAND & KNIGHT LLP**
1722 Routh Street
Suite 1500
Dallas, TX 75201
steven.levitt@hklaw.com
jessica.magee@hklaw.com

*(Counsel for Jason Meier)*
Sarah Delia and Maliheh Zare
**MCCARTER & ENGLISH**
405 N. King Street
Ste 8th Floor
Wilmington, DE 19801
sdelia@mccarter.com
mzare@mccarter.com