# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, CHAPTER 7 TRUSTEE,<br><br>Plaintiff.<br><br>v.<br><br>WILLIAM J. ROUHANA, JR., AMY L. NEWMARK, CHRISTOPHER MITCHELL, FRED M. COHEN, COSMO DENICOLA, MARTIN POMPADUR, CHRISTINA WEISS LURIE, DIANA WILKIN, VIKRAM SOMAYA, JASON MEIER, AMANDA R. EDWARDS, CHICKEN SOUP FOR THE SOUL PRODUCTIONS, LLC, CHICKEN SOUP FOR THE SOUL, LLC, CHICKEN SOUP FOR THE SOUL HOLDINGS, LLC,<br><br>Defendants. | Adv. Proc. No. 25-ap-50399 (MFW)<br><br>Re: Adv. D.I. 1, 34, 51, 52 |

**DEFENDANT AMANDA R. EDWARDS'**
**REQUEST FOR ORAL ARGUMENT**

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprise, LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

Pursuant to Rule 7007-3 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Defendant Amanda Edwards hereby requests oral argument in connection with *Defendant Amanda Edwards' Motion to Dismiss the Complaint* [A.D.I. 33] and Defendant Edwards' briefs in support of same [A.D.I. 34, 55] (collectively, the "Motion"). Defendant Edwards believes oral argument on the Motion will be useful to the Court in determining the issues raised therein.

Dated: September 29, 2025
Wilmington, Delaware

**HALLORAN FARKAS + KITTILA LLP**

By : */s/ William E. Green, Jr.*
William E. Green, Jr., Esq. (No. 4864)
*wg@hfk.law*
James G. McMillan, III (No. 3979)
*jm@hfk.law*
5722 Kennett Pike
Wilmington, Delaware 19807
Telephone: (302) 268-6875
*Co-counsel to Defendant Amanda R. Edwards*

**ELLIOTT KWOK LEVINE JAROSLAW NEILS LLP**

By : */s/ Jared R. Clark*
Jared R. Clark, Esq.
*jclark@ekljnlaw.com*
Lynn A. Neils, Esq.
*lneils@ekljnlaw.com*
One Grand Central Place
60 East 42nd Street, Suite 1570
New York, New York 10165
Telephone: (212) 321-0510

*Co-counsel to Defendant Amanda R. Edwards*

TO: **PACHULSKI STANG ZIEHL & JONES LLP**
Richard M. Pachulski (admitted *pro hac vice*)
Alan J. Kornfeld (admitted *pro hac vice*)
Steven W. Golden (DE Bar No. 6807)
Tavi C. Flanagan (admitted *pro hac vice*)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: *rpachulski@pszjlaw.com*
      *akornfeld@pszjlaw.com*
      *sgolden@pszjlaw.com*
      *tflanagan@pszjlaw.com*

*Counsel to Plaintiff George L. Miller, Chapter 7 Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et. al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, CHAPTER 7 TRUSTEE,<br><br>Plaintiff.<br><br>v.<br><br>WILLIAM J. ROUHANA, JR., AMY L. NEWMARK, CHRISTOPHER MITCHELL, FRED M. COHEN, COSMO DENICOLA, MARTIN POMPADUR, CHRISTINA WEISS LURIE, DIANA WILKIN, VIKRAM SOMAYA, JASON MEIER, AMANDA R. EDWARDS, CHICKEN SOUP FOR THE SOUL PRODUCTIONS, LLC, CHICKEN SOUP FOR THE SOUL, LLC, CHICKEN SOUP FOR THE SOUL HOLDINGS, LLC,<br><br>Defendants. | Adv. Proc. No. 25-ap-50399 (MFW) |

**CERTIFICATE OF SERVICE REGARDING
DEFENDANT AMANDA R. EDWARDS'
<u>REQUEST FOR ORAL ARGUMENT</u>**

I, William E. Green, Jr., Esq., counsel to Amanda R. Edwards, one of the defendants in

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprise, LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

the above-captioned adversary proceeding, hereby certify that on September 26, 2025, *Defendant Amanda R. Edwards' Request for Oral Argument* (the "Argument Request") was electronically filed with the Court using the Court's Case Management/Electronic Case Files System (CM/ECF). Notification of filing the Argument Request was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system on the registered participants in the above-captioned matter.

Dated: September 29, 2025  
Wilmington, Delaware

**HALLORAN FARKAS + KITTILA LLP**

By: */s/ William E. Green, Jr.*
William E. Green, Jr., Esq. (No. 4864)
*wg@hfk.law*
James G. McMillan, III (No. 3979)
*jm@hfk.law*
5722 Kennett Pike
Wilmington, Delaware 19807
Telephone: (302) 268-6875
*Co-counsel to Defendant Amanda R. Edwards*

**ELLIOTT KWOK LEVINE JAROSLAW NEILS LLP**

By: */s/ Jared R. Clark*
Jared R. Clark, Esq.
*jclark@ekljnlaw.com*
Lynn A. Neils, Esq.
*lneils@ekljnlaw.com*
One Grand Central Place
60 East 42nd Street, Suite 1570
New York, New York 10165
Telephone: (212) 321-0510

*Co-counsel to Defendant Amanda R. Edwards*
4927-7429-4382, v. 1