**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| CSS ENTERTAINMENT INC. (f/k/a CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC.), *et al* [1] | Case No. 24-11442 (MFW) (Jointly Administered) |
| Debtors. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 12, 2025 AT 2:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801**

** THIS HEARING WILL BE CONDUCTED BY ZOOM ONLY **

TO ATTEND THE HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV OR CLICK THE BELOW LINK:
(HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES)

PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING NO LATER THAN 4:00 P.M. (ET) ONE BUSINESS DAY BEFORE THE HEARING. YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.

AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL. ZOOM INFORMATION WILL BE SENT OUT PRIOR TO THE HEARING.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); CSS Entertainment, Inc. (f/k/a Chicken Soup for the Soul Entertainment Inc.) (0811); CSS Studios, LLC (f/k/a Chicken Soup for the Soul Studios, LLC) (9993); CSS Television Group, LLC (f/k/a Chicken Soup for the Soul Television Group, LLC); Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

**CONCLUDED MATTERS:**

1. Motion of RaceTrac, Inc. for Entry of an Order Modifying the Automatic Stay Pursuant to 11 U.S.C. §§ 105(a) and 362(d) to Permit RaceTrac, Inc. to Remove and Dispose of Kiosks
   [Filed 10/15/2025; Docket No. 690]

   | | | |
   |---|---|---|
   | Related Documents: | (a) | Certificate of No Objection [Filed 10/30/2025; Docket No. 697] |
   | | (b) | Entered Order Filed 10/31/2025; Docket No. 698] |
   | Objection Deadline: | | October 29, 2025 at 4:00 p.m. |
   | Responses Received: | | None |
   | Status: | | This matter is concluded. Order has been entered by the Court. |

**CONTINUED MATTERS:**

2. Trustee's Motion for Approval of Sharing Agreement Between Chapter 7 Trustee and Agent for the Prepetition Lenders Providing for (I) Determinations and Allowance of Secured Lender's Pre-Petition Claims and Liens; (II) Trustees Sale of Certain of Debtors Assets and Secured Lenders Collateral; (III) Specified Carve-Out from Secured Lender Liens; and Other Matters Concerning the Trustees Contemplated Sales and Certain Settlements
   [Filed 10/1/2025; Docket No. 687]

   | | | |
   |---|---|---|
   | Related Documents: | (a) | Proposed Order [Filed 10/1/2025; Docket No. 687] |
   | | (b) | HPS Investment Partners, LLC's Omnibus Reply to Objections to Trustee's Motion for Approval of Sharing Agreement Between Chapter 7 Trustee and Agent for the Prepetition Lenders [Filed 11/7/2025; Docket No. 700] |
   | Objection Deadline: | | October 16, 2025 at 4:00 p.m. ET |
   | Responses Received: | (c) | Objection of Charles Muszynski [Filed 10/10/2025; Docket No. 689] |
   | | (d) | Limited Objection and Reservation of Rights Filed by Former Employee Putative Class [Filed 10/16/2025; Docket No. 692] |

| | | |
|---|---|---|
| | (e) | Reservation of Rights Filed by MidCap Financial Trust<br>[Filed 10/17/2025; Docket No. 693] |
| | (f) | Limited Objection and Reservation of Rights Filed by Independent Directors<br>[Filed 10/27/2025; Docket No. 694] |
| | (g) | Objection Filed by William J. Rouhana, Jr., Amy L. Newmark, Chicken Soup for the Soul Productions, LLC, Chicken Soup for the Soul, LLC, and Chicken Soup for the Soul Holdings, LLC's<br>[Filed 10/27/2025; Docket No. 695] |
| | (h) | Joinder in Certain Objections Filed by DJCTM Lending, LLC<br>[Filed 10/27/2025; Docket No. 696] |
| Status: | | The Trustee is adjourning the hearing on this Motion to a future date to be determined at the Court's convenience for an evidentiary hearing. |

**CONTESTED MATTERS GOING FORWARD:**

3. Status Hearing: In re: Golden et al v. Chicken Soup for the Soul Entertainment, Inc., et al
   Adv. No. 24-50112-MFW

   | | | |
   |---|---|---|
   | Related Documents: | (a) | Order Setting Status Conference<br>[Filed 10/30/2025; Docket No. 10] |
   | | (b) | Order Approving Stipulation Staying Adversary Proceeding through and Including February 1, 2026<br>[Filed 11/7/2025; Docket No. 13] |
   | Objection Deadline: | | N/A |
   | Responses Received: | | N/A |
   | Status: | | A status hearing on this matter is going forward. This adversary action is stayed through and including February 1, 2026. |

4. Status Hearing: In re: Skajem et al v. Chicken Soup for the Soul Entertainment, Inc. et al
   Adv. No. 24-50128-MFW

   | | | |
   |---|---|---|
   | <u>Related Documents</u>: | (a) | Order Setting Status Conference<br>[Filed 10/30/2025; Docket No. 71] |
   | <u>Objection Deadline</u>: | | N/A |
   | <u>Responses Received</u>: | | N/A |
   | <u>Status</u>: | | A status hearing on this matter is going forward. |

5. Status Hearing: In re: Trustee Miller v. Rouhana, Jr. et al;
   Adv. No. 25-50399-MFW

   | | | |
   |---|---|---|
   | <u>Related Documents</u>: | (a) | Order Setting Status Conference<br>[Filed 10/30/2025; Docket No. 67] |
   | | (b) | Status Report Regarding Trustee's Complaint for (I) Breach of Fiduciary Duty; (II) Aiding and Abetting Breach of Fiduciary Duty; (III) Avoidance of Fraudulent Transfers; (IV) Recovery of Illegal Dividends; (V) Damages for Nonpayment of Employee Wages, Benefits, and Payroll Taxes; (VI) Equitable Subordination; and (VII) Disallowance of Claims; and Motions to Dismiss Adversary Proceeding Filed By Defendants<br>[Filed 11/6/2025; Docket No. 69] |
   | <u>Objection Deadline</u>: | | N/A |
   | <u>Responses Received</u>: | | N/A |
   | <u>Status</u>: | | A status hearing on this matter is going forward. |

Dated: November 10, 2025
      Wilmington, Delaware

COZEN O'CONNOR

By: */s/ John T. Carroll, III*
John T. Carroll, III (DE No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
(302) 295-2000 Phone
(302) 295-2013 Fax No.
jcarroll@cozen.com

*Counsel to George L. Miller,
Chapter 7 Trustee*

5

LEGAL\81365465\1 6010823/00617521
11/10/2025