**IN THE UNITED STATES BANKRUPCTY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al.*,<br><br>                         Debtors.[1] | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, CHAPTER 7 TRUSTEE,<br><br>                    Plaintiff.<br><br>v.<br><br>WILLIAM J. ROUHANA, JR., AMY L. NEWMARK, CHRISTOPHER MITCHELL, FRED M. COHEN, COSMO DENICOLA, MARTIN POMPADUR, CHRISTINA WEISS LURIE, DIANA WILKIN, VIKRAM SOMAYA, JASON MEIER, AMANDA R. EDWARDS, CHICKEN SOUP FOR THE SOUL PRODUCTIONS, LLC, CHICKEN SOUP FOR THE SOUL, LLC, CHICKEN SOUP FOR THE SOUL HOLDINGS, LLC,<br><br>                    Defendants. | Adv. Proc. No. 25-ap-50399 (MFW)<br><br>Re:  Adv. D.I. 1, 34, 51, 52 |

## NOTICE OF WITHDRAWAL

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that James G. McMillan, III, Esq. of Halloran Farkas + Kittila LLP hereby withdraws as counsel of record for defendant Amanda R. Edwards in this adversary proceeding.

Amanda R. Edwards will continue to be represented by Halloran Farkas + Kittila LLP and other counsel of record.

---

[1]     The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprise, LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

Dated:  December 16, 2025          **HALLORAN FARKAS + KITTILA LLP**
      Wilmington, Delaware


By : */s/ James G. McMillan, III*
William E. Green, Jr., Esq. (No. 4864)
*wg@hfk.law*
James G. McMillan, III (No. 3979)
*jm@hfk.law*
5722 Kennett Pike
Wilmington, Delaware 19807
Telephone: (302) 268-6875
*Counsel to Defendant Amanda R. Edwards*