**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CSS ENTERTAINMENT INC. (f/k/a CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC.), *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br>(Jointly Administered) |
| GEORGE L. MILLER, CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM J. ROUHANA, JR., AMY L. NEWMARK, CHRISTOPHER MITCHELL, FRED M. COHEN, COSMO DENICOLA, MARTIN POMPADUR, CHRISTINA WEISS LURIE, DIANA WILKIN, VIKRAM SOMAYA, JASON MEIER, AMANDA R. EDWARDS, CHICKEN SOUP FOR THE SOUL PRODUCTIONS, LLC, CHICKEN SOUP FOR THE SOUL, LLC, CHICKEN SOUP FOR THE SOUL HOLDINGS, LLC,<br><br>Defendants. | Adv. Pro. No. 25-50399 (MFW) |

**STIPULATION TO STAY DEADLINES PENDING COMPLETION OF MEDIATION**

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); CSS Entertainment, Inc. (f/k/a Chicken Soup for the Soul Entertainment Inc.) (0811); CSS Studios, LLC (f/k/a Chicken Soup for the Soul Studios, LLC) (9993); CSS Television Group, LLC (f/k/a Chicken Soup for the Soul Television Group, LLC); Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

This Stipulation is made by and between George L. Miller, Chapter 7 Trustee of the Debtors' estates (the "Trustee") and all named Defendants (together with the Trustee, the "Parties"), through their respective counsel.

**WHEREAS**, on March 12, 2025, the Trustee commenced the above-captioned adversary proceeding (the "Adversary Proceeding") against the Defendants by filing his Adversary Complaint [Adv. Docket No. 1].

**WHEREAS**, on July 11, 2025, the Defendants filed Motions to Dismiss the Trustee's Adversary Complaint [Adv. Docket Nos. 31, 33, 36, 38, 40, 43, 45].

**WHEREAS**, on September 2, 2026, the Court entered a *Memorandum Opinion* and *Order* granting in part and denying in part the Defendants' Motions to Dismiss and ordering that the Trustee "shall file an amended Complaint consistent with the Court's ruling in the . . . Memorandum Opinion within 30 days of the entry of this Order" [Adv. Docket Nos. 76, 77].

**WHEREAS**, at the time the Court entered the *Memorandum Opinion* and *Order* the Parties were actively engaged in the process of retaining JAMS mediator Jed Melnick ("Mediator") to conduct a mediation (the "JAMS Mediation") in the case.

**WHEREAS**, the JAMS Mediation has been scheduled to begin on November 16, 2026, and may be extended from time to time by further agreement of the Parties and the Mediator.

**WHEREAS**, the Parties desire to suspend and stay all deadlines in the Adversary Proceeding pending completion of mediation and an entry of a scheduling order to be agreed upon by the Parties, if required.

**WHEREAS**, based on the foregoing, the Parties stipulate and agree to the following:

1. The Parties shall participate in a JAMS mediation on November 16, 2026.

2. During the pendency of the JAMS Mediation, including any extension of it past November 16, 2026, the Parties agree and stipulate that all current case deadlines applicable in this Adversary Proceeding shall be stayed and suspended pending the Mediator's certificate of completion.

3. Accordingly, the time within which the Trustee may file an amended Adversary Complaint is hereby extended to the first business day that is at least 30 days following the filing of the Mediator's certificate of completion with the Court.

4. The time within which the Defendants may answer or otherwise respond to any amended Adversary Complaint (or the pending Adversary Complaint) is hereby extended to the first business day that is at least 30 days following the Trustee's filing of an amended Adversary Complaint (or the date on which such Adversary Complaint would otherwise be due under this Stipulation should the Trustee elect not to file an amended pleading).

5. Except as expressly provided herein, all deadlines in this action shall be suspended and stayed pending the completion of mediation, and no Parties may commence any discovery activities until further order of the Court.

**[Signatures on Following Page(s)]**

Respectfully submitted on September 14, 2026.

**WOMBLE BOND DICKINSON (US) LLP**

/s/ *Donald J. Detweiler*
Donald J. Detweiler (DE Bar No. 3087)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: don.detweiler@wbd-us.com

Cathy A. Hinger (admitted *pro hac vice*)
2001 K. Street NW, Suite 400 South
Washington, D.C. 20006
Telephone: (202) 467-6900
Facsimile: (202) 467-6910
Email: cathy.hinger@wbd-us.com

*Counsel for William J. Rouhana, Jr., Amy L. Newmark, Chicken Soup for the Soul Productions, LLC, Chicken Soup for the Soul, LLC, and Chicken Soup for the Soul Holdings, LLC*

**ELLIOTT KWOK LEVINE JAROSLAW NEILS LLP**

/s/ *Jared. R. Clark* (with permission)
Jared R. Clark, Esq.
Lynn Neils, Esq.
One Grand Central Place
60 East 42nd Street, Suite 1570
New York, NY 10165
Email: jclark@ekljnlaw.com
Email: lneils@ekljnlaw.com

*Counsel for Amanda R. Edwards*

**PACHULSKI STANG ZIEHL & JONES LLP**

/s/ *Alan J. Kornfeld* (with permission)
Alan J. Kornfeld, Esq.
James E. O'Neill, Esq.
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705
Email: akornfeld@pszjlaw.com
Email: joneill@pszjlaw.com

*Counsel for George L. Miller, Chapter 7 Trustee*

**TROUTMAN PEPPER LOCKE LLP**

/s/ *Christopher B. Chuff* (with permission)
David M. Fournier, Esq.
Christopher B. Chuff, Esq.
Tori L. Remington, Esq.
Tyler R. Wilson, Esq.
Hercules Plaza
1313 N. Market Street, Suite 1000
Wilmington, DE 19899-1709
Email: David.Fournier@troutman.com
Email: Chris.Chuff@troutman.com
Email: Tori.Remington@troutman.com
Email: Tyler.Wilson@troutman.com

*Counsel for Fred M. Cohen, Christina Weise Lurie, Martin Pompadur, and Diana Wilkin*

**MCCARTER & ENGLISH, LLP**

/s/ *Sara E. Delia* (with permission)
Sara E. Delia, Esq.
Maliheh Zare, Esq.
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Email: sdelia@mccarter.com
Email: mzare@mccarter.com

*Counsel for Jason Meier*

**THOMAS LAW LLC**

/s/ *Mary S. Thomas* (with permission)
Mary S. Thomas, Esq.
1521 Concord Pike, Suite 301
Wilmington, DE 19803
Telephone: (302) 647-1203
Email: mthomas@marythomaslaw.com

- and -

**LAW OFFICES OF THIRU VIGNARAJAH LLC**

Thiru Vignarajah, Esq.
Ross Ingram, Esq.
211 Wendover Road
Baltimore, MD 21218
Email: thiru@thirulaw.com
Email: ross@thirulaw.com

*Counsel for Vikram Somaya*

**HOLLAND & KNIGHT LLP**

/s/ *Steven J. Levitt* (with permission)
Steven J. Levitt, Esq.
Jessica Magee, Esq.
1722 Routh Street, Suite 1500
Dallas, TX 75201
Email: Jessica.Magee@hklaw.com
Email: Steven.Levitt@hklaw.com

- and –

**SAUL EWING LLP**

Evan T. Miller, Esq.
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Email: evan.miller@saul.com

*Counsel for Cosmo DeNicola*

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C**

/s/ *Douglas Baumstein* (with permission)
Douglas P. Baumstein, Esq.
Andrew J. Bernstein, Esq.
Kaitlan R. Walsh, Esq.
Lekë Badivuku, Esq.
919 Third Avenue
New York, NY 10022
Email: DBaumstein@mintz.com
Email: AJBernstein@mintz.com
Email: KRWalsh@mintz.com
Email: LBadivuku@mintz.com

- and -

**BAYARD, P.A.**

Brett M. McCartney, Esq.
Elizabeth A. Powers, Esq.
Mutaz A. Ali, Esq.
600 N. King Street, Suite 400
Wilmington, DE 19801
Email: bmccartney@bayardlaw.com
Email: epowers@bayardlaw.com
Email: mali@bayardlaw.com

*Counsel for Christopher Mitchell*